[Civ. No. 1767.   Fourth Appellate District.—February 13, 1936.]

SECURITY FIRST NATIONAL BANK OF LOS AN-
GELES (a National Banking Corporation), as Adminis-
trator, etc., Respondent, v. MILDRED B. DENTON
et al., Defendants; MARYLAND CASUALTY COM-
PANY (a Corporation) et al., Appellants.

John Ralph Wilson and McKinstry, Haber & Coombes
for Appellants.

William C. Crossland for Respondent.

THE COURT.— The respondent herein has confessed
error in the record and all parties have stipulated that the
judgment may be reversed and the cause remanded for fur-
ther proceedings and that the *remittitur* be issued forthwith.

The errors pointed out appear to be material, prejudicial
and sufficient to justify a reversal.

The judgment is reversed and the cause remanded for fur-
ther proceedings, the *remittitur* to issue forthwith.